# United States Bankruptcy Court

## Middle District of Georgia

Date: 10/5/17

In re:

| | |
|---|---|
| John Nicholas Zorn | Cynthia Dinell Zorn |
| aka John Nicholas Zorn Jr., aka John H. Zorn | aka Cynthia Caldwell, aka Cynthia I. Caldwell |
| 309 Magnolia Avenue | 309 Magnolia Avenue |
| Thomaston, GA 30286 | Thomaston, GA 30286 |

Debtor(s)

Case No. 17−51076 jps

Chapter 13

Ms. Gilroy:

You filed a Request to Redact Claim # 16 by Georgia Housing and Finance Authority on September 20, 2017. A replacement claim needs to be filed to replace the one redacted. Please file this amended claim within 10 days of the date of this memo.

Thank you.

Venice Clowers, 478−749−6818

Deputy Clerk
United States Bankruptcy Court